IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-117-D
No. 7:21-CV-212-D

| | |
|---|---|
| JAMAR KE-SHAWN PARKER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Respondent. ) | **ORDER** |

On August 31, 2022, the court dismissed petitioner's section 2255 motion and denied a certificate of appealability [D.E. 74]. On September 8, 2022, the court entered judgment [D.E. 75].

On July 21, 2023, petitioner filed a motion to file an out of time notice of appeal [D.E. 76]. He also filed a notice of appeal [D.E. 77]. The court DENIES petitioner's motion to file an out of time notice of appeal [D.E. 76]. See Fed. R. App. P. 4(a)(5)–(6).

SO ORDERED. This 15 day of August, 2023.

JAMES C. DEVER III
United States District Judge